UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| INTEGRATED DESIGN ENGINEERING AND ANALYSIS SERVICES, INC., : : : : : : : : : : | CASE NO. 5:20-cv-00563<br><br>OPINION & ORDER<br>[Resolving Doc. 177] |
| Plaintiff, | |
| v. | |
| GIDDY HOLDINGS, INC. et al., | |
| Defendants. | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

In April 2021, the Court entered final judgment in favor of Plaintiff IDEAS in the amount of $125,600.[1] Defendants filed a notice of appeal in May 2021.[2] After Defendants posted a $140,000 bond in October 2021, this Court stayed execution of the judgment pending appeal and ordered Defendants to reimburse Plaintiff for reasonable costs incurred in collecting on the judgment before the stay was entered.[3] On January 18, 2022, this Court approved Plaintiff's application for $1,079.11 in costs.[4]

Defendant now asks that this Court release the funds garnished by Plaintiff before the Court entered the stay.[5] Plaintiff opposes and requests the $1,079.11 it is owed in costs before the funds are returned to Defendants.[6]

This Court **DIRECTS** the Clerk of Court to issue a check made payable to Plaintiff's counsel in the amount of $1,079.11. This Court further **DIRECTS** the Clerk of Court to return

---

[1] Doc. 109; Doc. 111. This amount does not include statutory interest.
[2] Doc. 112.
[3] Docs. 162; 163. Fed. R. Civ. P. 62(b).
[4] Doc. 176. This Court ordered that the $1,079.11 be paid from the money on deposit with the Clerk.
[5] Doc. 177.
[6] Doc. 178.

Case No. 5:20-cv-00563
GWIN, J.

the remaining $26,717.62 on deposit to Defendants' counsel.

 IT IS SO ORDERED.

Dated: March 16, 2022          *s/ James S. Gwin*
                    JAMES S. GWIN
                    UNITED STATES DISTRICT JUDGE